# EXHIBIT A

Case 1:10-cv-01952-LJO-SMS   Document 15   Filed 11/29/10   Page 3 of 7
REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wages.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer, and did not receive proper compensation for all of my hours worked, including overtime pay and/or minimum wages.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Prospect Mortgage.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: ___11/22/10___        _____
                            Signature

                            JAMES B BARKER
                            Print Name

REDACTED

Return this form by      Nichols Kaster, PLLP, Attn: Robert Schug
fax, email or mail to:   Fax: (612) 215-6870
                         Email: rschug@nka.com
                         Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                         Web: www.nka.com and www.overtimecases.com

Case 2:13-cv-00822-SRB   Document 1-1   Filed 04/23/13   Page 3 of 17
Case 2:11-cv-00465-LKK -EFB   Document 90   Filed 11/30/11   Page 4 of 12
REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq, against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11/29/2011

Signature: H. BARBZ

Print Name: JJ BAZZ

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11\14\2011

_Patricia Lefever Brown_
Signature

_Patricia Lefever Brown_
Print Name

REDACTED

# PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: ___11/11/2011___

_____
Signature

___Michael L. Chavez___
Print Name

REDACTED

Return this form by         Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:     Fax: (612) 215-6870
                            Email: rschug@nka.com
                            Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                            Web: www.nka.com and www.overtimecases.com

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: __11-26-11__

Signature _____

Print Name _____

REDACTED

Return this form by        Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:     Fax: (612) 215-6870
                            Email: rschug@nka.com
                            Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                            Web: www.nka.com and www.overtimecases.com

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: ___11/14/11___                  ___John Curtis___
                                       Signature

                                       ___John Curtis___
                                       Print Name

_____              _____
No Information Includ                  "led With the Court
(Please Print o·                              \

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date:  11-12-11

Signature

Luisa E. Han

Print Name

REDACTED

Return this form by          Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:       Fax: (612) 215-6870
                              Email: rschug@nka.com
                              Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                              Web: www.nka.com and www.overtimecases.com

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _11 : 15 / 11_     _____
                         Signature

         _LINDA  HENINGER_
         Print Name

REDACTED

Return this form by        Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:    Fax: (612) 215-6870
                           Email: rschug@nka.com
                           Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                           Web: www.nka.com and www.overtimecases.com

# PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _11-15-11_

_____
Signature

PAMERA E. HERRINGTON
Print Name

REDACTED

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _1/6/2012_     _____
Signature

_John L. Irwin III_
Print Name

REDACTED

Return this form by          Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:      Fax: (612) 215-6870
                             Email: rschug@nka.com
                             Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                             Web: www.nka.com and www.overtimecases.com

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 6 Jan 2012

Signature

Print Name  Ruby Mae Mason

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _11 - 17 - 2011_     _Joanne McKinnon_
                             Signature

                             _Joanne McKinnon_
                             Print Name

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: /2- 18 - 2011

Signature

David A. Nielson

Print Name

REDACTED

Return this form by          Nichols Kaster, PLLP, Attn: Robert Schug
fax, email, or mail to:      Fax: (612) 215-6870
                             Email: rschug@nka.com
                             Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
                             Web: www.nka.com and www.overtimecases.com

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wages.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer, and did not receive proper compensation for all of my hours worked, including overtime pay and/or minimum wages.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Prospect Mortgage.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11/23/10

Signature

C. WARREN POTTER

Print Name

REDACTED

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Robert Schug
Fax: (612) 215-6870
Email: rschug@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com and www.overtimecases.com

REDACTED

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _11-15-11_

_Andrea Schmidt_
Signature

_Andrea Schmidt_
Print Name

REDACTED

Return this form by
fax, email, or mail to:

Nichols Kaster, PLLP, Attn: Robert Schug
Fax: (612) 215-6870
Email: rschug@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com and www.overtimecases.com

## PROSPECT MORTGAGE
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Prospect Mortgage, to recover overtime pay and/or minimum wage.

2. During the past three years, there were occasions when I worked over 40 hours per week as a loan officer.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11/12/11

Signature

John Whittle

Print Name

REDACTED